**Marieo L. FOSTER, Petitioner,**

v.

**DEPARTMENT OF DEFENSE,
Respondent.**

No. 2007–3264.

United States Court of Appeals,
Federal Circuit.

July 13, 2007.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Milo D. BURROUGHS, Petitioner,**

v.

**DEPARTMENT OF THE
ARMY, Respondent.**

No. 2007–3276.

United States Court of Appeals,
Federal Circuit.

July 13, 2007.

Milo D. Burroughs, pro se.

1. Honorable Joseph J. Farnan, Jr., District

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.